1
2
3
4
5

Kevin C. Barrett, State Bar No. 020104
Amanda J. Taylor, State Bar No. 024006
**Barrett & Matura, P.C.**
8925 East Pima Center Parkway, Suite 100
Scottsdale, Arizona 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5710
kbarrett@barrettmatura.com
ataylor@barrettmatura.com

6
7

*Attorneys for Defendant American Family*
*Mutual Insurance Company*

8

**IN THE UNITED STATES DISTRICT COURT**

9

**DISTRICT OF ARIZONA**

10
11
12
13

TYLER     JACOBSON,     an     individual,
CATHY     JACOBSON     and     WILLIAM
JACOBSON, husband and wife,

Plaintiffs,

14

v.

15
16
17
18

AMERICAN     FAMILY     MUTUAL
INSURANCE     COMPANY,     a     foreign
corporation;     KERRY     HANSON,     an
individual; KERRY HANSON AGENCY,
INC.,     an     Arizona     corporation;     XYZ
Corporations I-X; and ABC Partnerships I-X,

Defendants.

Case No. CV-17-04373-PHX-GMS

**NOTICE OF REMOVAL**

19
20
21

Defendant American Family Mutual Insurance Company ("American Family"), by
and through counsel undersigned, submits this Notice of Removal pursuant to 28 U.S.C. §
1446(a) and provides the following grounds for removal.

22
23
24

1.     This matter was commenced in the Superior Court of the State of Arizona in
and for the County of Maricopa on October 30, 2017 with the filing of a Complaint,
Certificate of Arbitration, Demand for Jury Trial, and Offer of Judgment.

25
26
27
28

2.     The Summons, Affidavit of Service, Complaint, Certificate of Arbitration,
Civil Cover Sheet, Demand for Jury Trial, Notice of Removal to US District Court,
Answer, Certificate of Expert Testimony, Stipulation to Dismiss Defendants Kerry

Hanson and Kerry Hanson Agency, Inc., and Order Dismissing Defendants Kerry Hanson and Kerry Hanson Agency, Inc. constitutes all process and proceedings filed by either party in the Superior Court, copies of which are attached hereto at Exhibit A.

3.    Defendant American Family is a stock insurance company, whose parent company is AmFam Holdings, Inc., a wholly owned subsidiary of American Family Insurance Mutual Holding Company, a domestic insurance holding company with its principal place of business and citizenship in the State of Wisconsin.  Plaintiffs Tyler Jacobson, Cathy Jacobson, and William Jacobson are residents of the State of Arizona [Amended Complaint, CV-17-04373-PHX-GMS Doc.10].

4.    This action is one over which the United States District Courts have jurisdiction pursuant to 28 USC § 1332, by reason of the diversity of the citizenship of the parties.

*5.*    Defendant American Family initially removed this matter to Federal Court on November 29, 2017, within 30 days after receipt of the initial pleadings.  [CV-17-04373-PHX-GMS, Doc. 1].

6.    Thereafter, American Family timely filed its Answer.  [Doc. 8].

7.    On December 27, 2017, Plaintiff Tyler Jacobson filed an Amended Complaint adding his parents, Cathy and William Jacobson as plaintiffs, and adding two defendants: Kerry Hanson, an Arizona resident, and Kerry Hanson Agency, Inc., an Arizona corporation.  [Doc. 10].

8.    The same day, Plaintiffs filed a Motion to Remand this matter back to state court.  [Doc. 11].  The addition of these two defendants eliminated this Court's diversity jurisdiction and, therefore, Defendant American Family did not oppose the remand.  [Doc. 20].

9.    This case was remanded to the Arizona State Superior Court on January 11, 2018.  [Doc. 21].

10.    On April 13, 2018, the parties stipulated to dismiss Defendants Kerry Hanson and Kerry Hanson Agency, Inc. from this matter.  (*See* Stipulation to Dismiss, attached as Exhibit A).

11.    On April 23, 2018, an Order was issued granting dismissal with prejudice as to Defendants Kerry Hanson and Kerry Hanson Agency, Inc. (*See* Order Granting Stipulation for Dismissal, attached as Exhibit A).

12.    Because of their dismissal, there is once again diversity of the parties and this Court will have original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

13.    No substantial actions have been taken in this case since its remand and there is currently no scheduling order in place.

14.    Defendant American Family has filed this Notice within 30 days after receipt of the Stipulation to Dismiss Defendants Kerry Hanson and Kerry Hanson Agency, Inc., and within one year after the commencement of the action. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b)(3).

15.    The amount in controversy exceeds the requisite $75,000.  [Doc. 10].

16.    A copy of this Notice is being filed with the Clerk of the Superior Court of the State of Arizona in and for the County of Maricopa.

///
///
///
///
///
///
///
///
///
///

1    WHEREFORE, Defendant American Family respectfully requests that this action

2  be removed from the Superior Court of Arizona in and for the County of Maricopa to the

3  United States District Court for the District of Arizona, and that further proceedings in the

4  Superior Court of Arizona in and for the County of Maricopa regarding the action be

5  stayed pursuant to 28 U.S.C. § 1446.

6          Dated on April 24, 2018.

7                                         BARRETT & MATURA, P.C.

8

9                                         By:____/s/ Kevin C. Barrett_____

10                                              Kevin C. Barrett
                                               Amanda J. Taylor
11                                             8925 East Pima Center Parkway
                                               Suite 100
12                                             Scottsdale, Arizona 85258
                                               Attorneys for American Family Insurance
13                                             Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the foregoing was served on April 24, 2018 through the

Court's CM/ECF system on the following parties:

Brett L. Slavicek
James E. Fucetola
Trevor R. Orme
The Slavicek Law Firm
5500 N. 24th Street
Phoenix, Arizona 85016
*Attorneys for Plaintiffs*


<u>/s/ *Carolyn Harrington*</u>
Carolyn Harrington

5